```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
------------------------------------- X   ELECTRONICALLY FILED
                                      :   DOC #: _____
KATHERINE PRYOR,                      :   DATE FILED: April 21, 2015
                                      :
                          Plaintiff,  :   13 Civ. 4558 (KPF)
              v.                      :
                                      :             ORDER
JAFFE & ASHER, LLP, et al.,           :
                                      :
                          Defendants. :
                                      :
------------------------------------- X
```

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth during today's oral decision, Defendants' motion for partial summary judgment is DENIED. Defendants shall be permitted to argue a Faragher/Ellerth defense at trial on the basis of their Answer as pleaded; accordingly Defendants' application to amend their answer is DENIED as moot. The Clerk of Court is directed to terminate the motion pending at docket entry 53.

    SO ORDERED.

Dated:     April 21, 2015
             New York, New York

                                                     KATHERINE POLK FAILLA
                                                     United States District Judge