USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/6/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

KATHERINE PRYOR,

          Plaintiff,

v.

JAFFE & ASHER LLP and JEFFREY TSENG,

          Defendants.

-----------------------------------------------------------x

INDEX NO.: 13-CV-4558 (JCF)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
      ~~June~~ July __, 2015

By: _____
D. Maimon Kirschenbaum
JOSEPH & KIRSCHENBAUM LLP
Attorneys for Plaintiffs
233 Broadway, 5th Floor
New York, New York 10279

By: _____
Gregory Galterio
JAFFE & ASHER LLP
Attorneys for Defendant Jaffe & Asher LLP
600 Third Avenue
New York, New York 10016

By: _____
James Schmitz
WONG, WONG & ASSOCIATES, P.C.
Attorneys for Defendant Jeffrey Tseng
150 Broadway, Suite 1588
New York, New York 10007

So Ordered:

/s/ James C. Francis IV
Hon. James C. Francis (U.S.M.J.)  7/6/15

The Court has reviewed the settlement agreement in this FLSA case and finds it to be fair and reasonable. JCF